| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Jonathan Hellmers**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7292<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)  First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | |
| Case number:   14–30819–MBK | |

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jonathan Hellmers

12/10/20                                  **By the court:** <u>Michael B. Kaplan</u>
                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Jonathan Hellmers  
    Debtor(s)

Case No. 14-30819-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 10, 2020      Form ID: 3180W      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan Hellmers, 105 Memorial Parkway, Atlantic Highlands, NJ 07716-1602 |
| cr | + | BANK OF AMERICA, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517960615 | | ABS REO Trust V, Bankruptcy Department, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 517960616 | + | ABS REO Trust V, Bankruptcy Department, P.O. Box 65250, Salt Lake City, UT 84165-0250, ABS REO Trust V Bankruptcy Department 84165-0250 |
| 515103505 | + | BAC Home Loans Servicing, Attn: Phelan, Hallina & Diamond, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 515103506 | | BAC Home Loans Servicing, PO Box 15227, Wilmington, DE 19886-5227 |
| 515103507 | + | Chase, Attn: MRS Associates, 1930 Onley Avenue, Cherry Hill, NJ 08003-2016 |
| 515103509 | | Chase, PO Box 78035, Phoenix, AZ 85062-8035 |
| 515103512 | | GMAC, Attn: Central Credit Services, PO Box 15118, Jacksonville, FL 32239-5118 |
| 515103513 | + | Medical Payment Data, Attn: A-1 Collection Services, 101 Grovers Mill Road, Lawrence, NJ 08648-4706 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2020 22:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2020 22:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515103504 | + | EDI: GMACFS.COM | Dec 11 2020 02:03:00 | Ally Financial, P. O. Box 380901, Bloomington, MN 55438-0901 |
| 515225585 | | EDI: GMACFS.COM | Dec 11 2020 02:03:00 | Ally Financial serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| 515277440 | + | EDI: BANKAMER.COM | Dec 11 2020 02:03:00 | Bank of America, N.A., Attn: Bankruptcy Dept., Mail Stop CA6-919-01-23, 400 National Way, Simi Valley, CA 93065-6414 |
| 515103511 | + | EDI: DISCOVER.COM | Dec 11 2020 02:03:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 515115543 | | EDI: DISCOVER.COM | Dec 11 2020 02:03:00 | Discover Bank, DB Servicing Corporation, PO Box 3025, New Albany, OH 43054-3025 |
| 515103508 | | EDI: JPMORGANCHASE | Dec 11 2020 02:03:00 | Chase, PO Box 15153, Wilmington, DE 19886-5153 |
| 515103510 | | EDI: JPMORGANCHASE | Dec 11 2020 02:03:00 | Chase, PO Box 78420, Phoenix, AZ 85062-8420 |
| 515299071 | | EDI: JPMORGANCHASE | Dec 11 2020 02:03:00 | Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 515313614 | | EDI: JPMORGANCHASE | Dec 11 2020 02:03:00 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION AS SUCCE, CHASE RECORDS CENTER, ATTN: CORRESPONDENCE MAIL, MAIL CODE LA4-5555, 700 KANSAS LANE, MONROE, LA 71203 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2020 | Form ID: 3180W | Total Noticed: 25 |

| | | | |
|---|---|---|---|
| 516691796 | + Email/Text: jennifer.chacon@spservicing.com | Dec 10 2020 22:24:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, Utah 84119, Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, Utah 84119-3284 |
| 516691795 | + Email/Text: jennifer.chacon@spservicing.com | Dec 10 2020 22:24:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, Utah 84119-3284 |
| 518930695 | Email/Text: jennifer.chacon@spservicing.com | Dec 10 2020 22:24:00 | Select Portfolio Servicing, Inc. ET AL, P.O. Box 65450, Salt Lake City, UT 84165-0450, Select Portfolio Servicing, Inc. ET AL, P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 518930694 | Email/Text: jennifer.chacon@spservicing.com | Dec 10 2020 22:24:00 | Select Portfolio Servicing, Inc. ET AL, P.O. Box 65450, Salt Lake City, UT 84165-0450 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518011798 | *+ | ABS REO Trust V, Bankruptcy Department, P.O. Box 65250, Salt Lake City, UT 84165-0250, ABS REO Trust V, Bankruptcy Department 84165-0250 |
| 518011797 | * | ABS REO Trust V, Bankruptcy Department, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519025433 | *+ | Jonathan Hellmers, 105 Memorial Parkway, Atlantic Highlands, NJ 07716-1602 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor ABS Loan Trust VI dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Jonathan Hellmers cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| Jennifer R. Gorchow | on behalf of Creditor BANK OF AMERICA N.A. nj.bkecf@fedphe.com |
| Melissa N. Licker | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 10, 2020 | Form ID: 3180W | Total Noticed: 25 |

Melissa N. Licker
    on behalf of Creditor ABS REO Trust V NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com

Melissa N. Licker
    on behalf of Creditor U.S. Bank National Association NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for ABS REO Trust V phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor ABS REO Trust V phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for U.S. Bank N.A. phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor U.S. Bank National Association phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor ABS Loan Trust VI phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

R. A. Lebron
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. bankruptcy@fskslaw.com

TOTAL: 14